# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>YASMIN GOMEZ,<br><br>    Defendant. | Case No.: 3:19-CR-02765-LAB<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE (DOC. [19])** |

The United States' Motion to Dismiss the Information (ECF No. 19) is hereby GRANTED. The Information is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: 9/9/2019

*Larry A. Burns*
HON. LARRY ALAN BURNS
Chief United States District Judge